The People of the State of New York ex rel. Bernard E. Moore, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.